AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Casey Jane Tryon-Castro

)
) Case: 1:23-mj-00010
) Assigned To : Harvey, G. Michael
) Assign. Date : 1/12/2023
) Description: Complaint W/ Arrest Warrant
)
)

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Casey Jane Tryon-Castro                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 641- Theft of Government Property
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings

Date:  01/12/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.01.12 16:24:04 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/13/23, and the person was arrested on *(date)* 1/17/23
at *(city and state)*  Roanoke, VA.

Date: 1/17/23

*Arresting officer's signature*

Ryan Kennedy Special Agent
*Printed name and title*