IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America

      v.                Docket 1:23-MJ-10-GMH-1

Casey Jane Tryon-Castro

**Notice of attorney appearance—defendant**

Benjamin Schiffelbein, Assistant Federal Public Defender in the Western District of Virginia, hereby notes his appearance as counsel of record for Ms. Casey Tryon-Castro, on behalf of the Federal Public Defender.

/s Benjamin Schiffelbein
210 First Street SW, Ste 400
Roanoke, VA 24011
Benjamin_Schiffelbein@fd.org
540 777 0880