## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 23-mj-10 (GMH) |
| **CASEY JANE TRYON-CASTRO,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Holly F. Grosshans is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED:  January 23, 2023          MATTHEW M. GRAVES
                                  UNITED STATES ATTORNEY
                                  D.C. Bar No. 481052


                    By:    */s/ Holly F. Grosshans*
                           HOLLY F. GROSSHANS
                           Assistant United States Attorney
                           D.C. Bar No. 90000361
                           U.S. Attorney's Office for the District of Columbia
                           601 D Street, N.W.
                           Washington, D.C. 20530
                           Phone: (202) 252-6737
                           Email:  Holly.Grosshans@usdoj.gov

## CERTIFICATE OF SERVICE

On this 23rd day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Holly F. Grosshans
HOLLY F. GROSSHANS
Assistant United States Attorney